# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YING WU, ET AL.,**<br>Plaintiffs,<br>vs.<br>**STEVE HOSKINS, ET AL.,**<br>Defendants. | CASE NO. 18-cv-05073-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 16 |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation to Remand the above-captioned case (Dkt. No. 16 ("Report")), to which no party has filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, this action is **REMANDED** to the Superior Court of California for the County of San Mateo, Case No. 18UDL00593. The Clerk shall remand this action to the state court forthwith and close the case file.[1]

This Order terminates Docket Numbers 8, 12, 16, and 19.

**IT IS SO ORDERED.**

Dated: November 8, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] In light of the Court's Order, plaintiffs' motions to remand the action (Dkt. Nos. 8, 12) and to shorten time to have the same heard (Dkt. No. 19) are **DENIED AS MOOT**.